UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                   Cr. No. 04-20490-D

BOBBIE CONLEY,

    Defendant.

---

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

---

For good cause shown, and without objection by the government, the sentencing hearing in this matter is hereby **RESET** from Tuesday, May 3, 2005 to *May 20, 2005 @ 2:00 p.m.*

It is so **ORDERED**, this the 26 day of April, 2005.

 

**HONORABLE BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CR-20490 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

Carroll L Andre'
AUSA

,

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT